Case 1:24-cr-00249-PTG   Document 4   Filed 11/07/24   Page 1 of 1 PageID# 11

JS 45 (01/2008)

**REDACTED**

Criminal Case Cover Sheet                                          U.S. District Court

**Place of Offense:**         Under Seal: Yes __ X No ___   Judge Assigned: Hon. Patricia T. Giles
City _____ Superseding Indictment _____ Criminal Number: 1:24-CR-249

County/Parish _____ Same Defendant _____ New Defendant  X
                      Magistrate Judge Case Number _____ Arraignment Date: _____
                      Search Warrant Case Number _____
                      R 20/R 40 from District of _____
                      Related Case Name and No: _____

**Defendant Information:**
Juvenile -- Yes ___ No ___   FBI #: _____
Defendant Name: ASIF WILLIAM RAHMAN   Alias Name(s) _____
          XXXXXXXXXXXXXX
Address: VIENNA, VA XXXXXXX
Employment: _____
Birth date xx/xx/1990  SS# xxx-xx-6414  Sex M  Def Race _____   Nationality _____   Place of Birth _____
Height _____  Weight _____  Hair _____  Eyes _____   Scars/Tattoos _____
Interpreter: X No ___ Yes   List language and/or dialect _____   Automobile Description _____

**Location Status:**
Arrest Date _____
___ Already in Federal Custody as of _____ in _____
___ Already in State Custody   ___ On Pretrial Release   ___ Not in Custody
 X  Arrest Warrant Requested   ___ Fugitive             ___ Summons Requested
___ Arrest Warrant Pending     ___ Detention Sought     ___ Bond

**Defense Counsel Information:**
Name: _____            ___ Court Appointed     Counsel conflicted out: _____
Address: _____         ___ Retained
Telephone: _____       ___ Public Defender     Federal Public Defender's Office conflicted out:

**U.S. Attorney Information:**
        Troy A. Edwards, Jr.       703-299-3746
AUSA   Anthony Rodregous   Telephone No: 703-299-3927   Bar # _____

**Complainant Agency, Address & Phone Number or Person & Title:**
Keith Starr, Special Agent, FBI

**U.S.C. Citations:**

| | Code/Section | Description of Offense Charged | Count(s) | Capital/Felony/Misd/Petty |
|---|---|---|---|---|
| Set 1 | 18 U.S.C. § 793(e) | Willful Transmission and Retention of National Defense Information | 1 | Felony |
| Set 2 | 18 U.S.C. § 793(e) | Willful Transmission and Retention of National Defense Information | 2 | Felony |
| Set 3 | | | | |

(May be continued on reverse)

Date: 11/07/2024        Signature of SAUSA: /s/