11/14/24, 12:32 PM  Case 1:24-cr-00249-PTG   Document 8   Filed 11/14/24   Page 1 of 17 PageID# 17
Guam District Criminal CM/ECF (v8.2)

Query   Reports   Utilities   Help   What's New   Log Out

CLOSED

## Civil/Criminal CM/ECF System
## District Court of Guam (Hagatna)
## CRIMINAL DOCKET FOR CASE #: 1:24-mj-00142 All Defendants

| | |
|---|---|
| Case title: USA v. Rahman | Date Filed: 11/13/2024 |

Assigned to: Chief Judge Frances M. Tydingco-Gatewood

**Defendant (1)**

**Asif William Rahman**

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| USA | represented by | **Brett C. Reynolds**<br>U.S. Department of Justice<br>National Security Division<br>Washington, DC 20530<br>202-233-2113<br>Email: Brett.Reynolds@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Other* |

| Date Filed | # | Docket Text |
|---|---|---|

| | | |
|---|---|---|
| 11/13/2024 | 1 | Petition for Writ of Removal as to Asif William Rahman. (wmt,) (Main Document 1 replaced on 11/14/2024) (hpg, ). (Entered: 11/13/2024) |
| 11/13/2024 | | Set/Reset Hearings as to Asif William Rahman: Initial Appearance on a Petition for Writ of Removal is set for 11/14/2024 at 04:00 PM in 4th Floor Courtroom before Chief Judge Frances M. Tydingco-Gatewood. (wmt, ) (Entered: 11/13/2024) |
| 11/14/2024 | 2 | Minute Entry for proceedings held before Chief Judge Frances M. Tydingco-Gatewood: Initial Appearance on Petition for Writ of Removal as to Asif William Rahman held on 11/14/2024. Ms. Lujan made limited appearance for defendant. Defendant waived identity and consented to transfer to the Eastern District of Virginia. Writ of Removal executed. Defendant to be detained. Ms. Lujan's request for expedited transfer was granted. (Court Reporter Veronica Flores)(Start Time: 4:20, End Time: 4:39) (lth) (Entered: 11/14/2024) |
| 11/14/2024 | 3 | Waiver of Identity filed by Asif William Rahman. (lth) (Entered: 11/14/2024) |
| 11/14/2024 | 4 | Order as to Asif William Rahman. Signed by Chief Judge Frances M. Tydingco-Gatewood on 11/14/2024. (lth) (Entered: 11/14/2024) |
| 11/14/2024 | 5 | Writ of Removal to Eastern District of Virginia Issued as to Asif William Rahman. Signed by Chief Judge Frances M. Tydingco-Gatewood on 11/14/2024. (lth) (Entered: 11/14/2024) |

SHAWN N. ANDERSON
United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

MATTHEW G. OLSEN
Assistant Attorney General for National Security
Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
Brett.Reynolds@usdoj.gov
(202) 233-2113 (office) / (202) 704-9720 (cell)

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 24-00142 |
|---|---|
| Plaintiff, | |
| vs. | **WRIT OF REMOVAL** |
| ASIF WILLIAM RAHMAN, | |
| Defendant. | |

TO:   U.S. MARSHAL
      District of Guam

An Indictment for Defendant, ASIF WILLIAM RAHMAN, having been filed in the United States District Court for the Eastern District of Virginia, Criminal Case No. 1:24-cr-249, charging him with two counts of Willful Retention and Transmission of National Defense Information in violation of 18 U.S.C. § 793(e) and a Warrant for Arrest having been issued for his arrest, and

Said Defendant, ASIF WILLIAM RAHMAN, having been arrested and brought to this District on a warrant of arrest issued pursuant to the above Indictment, admitted identity, and to being held to answer in the Eastern District of Virginia, Defendant, ASIF WILLIAM RAHMAN,

is committed to your custody pending removal to the Eastern District of Virginia;

You are therefore commanded to remove ASIF WILLIAM RAHMAN, forthwith to the Eastern District of Virginia and there deliver him to the United States Marshal for the District or to some other officer authorized to receive him.

IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
Chief Judge
Dated: Nov 14, 2024



SHAWN N. ANDERSON
United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

MATTHEW G. OLSEN
Assistant Attorney General for National Security
Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
Brett.Reynolds@usdoj.gov
(202) 233-2113 (office) / (202) 704-9720 (cell)

Attorneys for the United States of America

FILED
DISTRICT COURT OF GUAM
NOV 13 2024
JEANNE G. QUINATA
CLERK OF COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 24-00142 |
|---|---|
| Plaintiff, | |
| vs. | **PETITION FOR WRIT OF REMOVAL** |
| ASIF WILLIAM RAHMAN, | |
| Defendant. | |

Petitioner, United States Attorney for the District of Guam, respectfully shows this Court that:

1.      On November 7, 2024, the United States District Court for the Eastern District of Virginia filed an Indictment charging the Defendant, ASIF WILLIAM RAHMAN ("Defendant") with two counts of Willful Retention and Transmission of National Defense Information in violation of 18 U.S.C. § 793(e).

2.      On November 7, 2024, the United States District Court for the Eastern District of Virginia issued a Warrant of Arrest for the Defendant to be brought to the Eastern District of Virginia, to answer to the charges of the Indictment. A copy of the Indictment and Warrant of Arrest are attached and incorporated herein as Exhibit 1.

3.      On November 12, 2024, the Defendant was arrested in Cambodia and brought to

Guam.

WHEREFORE, petitioner prays this Court to issue a Writ of Removal pursuant to Rule 5(c) of the Federal Rules of Criminal Procedure, for said Defendant from the District of Guam to the Eastern District of Virginia.

DATED this 13th day of November, 2024.

                MATTHEW G. OLSEN
                Assistant Attorney General

By: *[signature]*
                BRETT C. REYNOLDS
                Trial Attorney
                Counterintelligence and Export Control Section
                National Security Division

FILED IN OPEN COURT

CLERK U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Case No. 1:24-cr-249 |
| | ) | |
| v. | ) | Count One: 18 U.S.C. § 793(e) |
| | ) | (Willful Retention and Transmission of |
| ASIF WILLIAM RAHMAN, | ) | National Defense Information) |
| | ) | |
| *Defendant.* | ) | Count Two: 18 U.S.C. § 793(e) |
| | ) | (Willful Retention and Transmission of |
| | ) | National Defense Information) |

## INDICTMENT

November 2024 Term—Alexandria, Virginia

THE GRAND JURY CHARGES THAT:

### GENERAL ALLEGATIONS

At all times material to this indictment:

#### The Defendant

1. Defendant **ASIF WILLIAM RAHMAN** ("**RAHMAN**") was employed by the U.S. Government. In connection with his employment, **RAHMAN** held a TOP SECRET//Sensitive Compartmented Information security clearance and had access to classified information and information relating to the national defense ("National Defense Information").

#### Classified Information

2. National security information was information owned by, produced by, produced for, and under the control of the United States government. Pursuant to Executive Order 12958 signed on April 17, 1995, as amended by Executive Order 13292 on March 25, 2003, and Executive Order 13526 on December 29, 2009, national security information was classified as "TOP SECRET," "SECRET," or "CONFIDENTIAL," as follows:

a. Information was classified as TOP SECRET if the unauthorized disclosure of that information reasonably could be expected to cause exceptionally grave damage to



GOVERNMENT EXHIBIT 1

Case 1:24-cr-00249-PTG   Document 8   Filed 11/14/24   Page 8 of 17 PageID# 24
Case 1:24-cr-00249-PTG *SEALED*   Document 2 *SEALED* (Court only)   Filed 11/07/24
Page 2 of 5 PageID# 6

the national security that the original classification authority was able to identify or describe.

b. Information was classified as SECRET if the unauthorized disclosure of that information reasonably could be expected to cause serious damage to the national security that the original classification authority was able to identify or describe.

c. Information was classified as CONFIDENTIAL if the unauthorized disclosure of that information reasonably could be expected to cause damage to the national security that the original classification authority was able to identify or describe.

3. Classified information related to intelligence sources, methods, and analytical processes was designated as Sensitive Compartmented Information ("SCI"). SCI was to be processed, stored, used, or discussed in an accredited Sensitive Compartmented Information Facility ("SCIF"), and only individuals with the appropriate security clearance and additional SCI permissions could have authorized access to such classified national security information.

4. Classified information, including SCI, was marked according to its classification and applicable SCI compartments, following standard formats for different types of media, including headers and footers stating the highest classification level.

5. Pursuant to Executive Order 13526, information classified at any level could be lawfully accessed only by persons determined by an appropriate United States government official to be eligible for access to classified information, who had signed an approved non-disclosure agreement, who received a security clearance, and who had a "need to know" the classified information. Classified information could only be stored or discussed in an approved facility.

## COUNT ONE

(Willful Transmission of National Defense Information)

6. The General Allegations above are fully incorporated here by reference.

7. On or about October 17, 2024, in an offense committed outside of the jurisdiction of any particular State or district of the United States, including Phnom Penh, Cambodia, within the extraterritorial jurisdiction of the United States and therefore within the venue of the United States District Court of the Eastern District of Virginia pursuant to Title 18, United States Code, Section 3238, as the District of the last known residence of the offender, defendant

**ASIF WILLIAM RAHMAN**

having unauthorized possession of, access to, and control over a classified document relating to the national defense, willfully retained the document and failed to deliver it to the officer or employee of the United States entitled to receive it, and attempted to and did, in fact, willfully communicate, deliver, transmit, and cause to be communicated, delivered, and transmitted that document to a person not entitled to receive it, to wit, a document marked as classified at the TOP SECRET//SCI level which contained information relating to the national defense ("Document 1").

(In violation of Title 18, United States Code, Section 793(e)).

## COUNT TWO

(Willful Transmission of National Defense Information)

8. The General Allegations above are fully incorporated here by reference.

9. On or about October 17, 2024, in an offense committed outside of the jurisdiction of any particular State or district of the United States, including Phnom Penh, Cambodia, within the extraterritorial jurisdiction of the United States and therefore within the venue of the United States District Court of the Eastern District of Virginia pursuant to Title 18, United States Code, Section 3238, as the District of the last known residence of the offender, defendant

### ASIF WILLIAM RAHMAN

having unauthorized possession of, access to, and control over a classified document relating to the national defense, willfully retained the document and failed to deliver it to the officer or employee of the United States entitled to receive it, and attempted to and did, in fact, willfully communicate, deliver, transmit, and cause to be communicated, delivered, and transmitted that document to a person not entitled to receive it, to wit, a document marked as classified at the TOP SECRET//SCI level which contained information relating to the national defense ("Document 2").

(In violation of Title 18, United States Code, Section 793(e)).

A TRUE BILL,

REDACTED

JESSICA D. ABER
United States Attorney

MATTHEW G. OLSEN
Assistant Attorney General

By: *[signature]*

Troy A. Edwards
Anthony Rodregous
Assistant United States Attorneys

Brett Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division

4

FORM OBD-34
APR. 91

No.: 1:24-CR-249

# UNITED STATES DISTRICT COURT

*Eastern District of Virginia*

*Alexandria Division*

THE UNITED STATES OF AMERICA

v.

ASIF WILLIAM RAHMAN

# INDICTMENT

Count 1: Willful Transmission of National Defense Information, in violation of 18 U.S.C. § 793(e)

Count 2: Willful Transmission of National Defense Information, in violation of 18 U.S.C. § 793(e)

*A true bill.*

REDACTED

Filed in open court this ___7___ day, of ___Nov___ A.D. 20__24__

Clerk

Bail, $_____

11736273

AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

**UNDER SEAL**

| | |
|---|---|
| United States of America<br>v.<br>ASIF WILLIAM RAHMAN<br><br>*Defendant* | )<br>)  Case No.  1:24-CR-249<br>)<br>)<br>)<br>)<br>) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ASIF WILLIAM RAHMAN
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

The defendant willfully transmitted national defense information, in violation of Title 18, United States Code, Section 793(e).

Date:  11/7/24

City and state:  Alexandria, VA

*Issuing officer's signature*

Dani Zirk - Deputy Clerk
*Printed name and title*

**INFORMATION COPY ONLY**

### Return

This warrant was received on *(date)* _____, and the person was arrested on *(date)* _____
at *(city and state)* _____

Date: _____

**NOTICE: BEFORE ARREST, VALIDATE THROUGH NCIC. ORIGINAL HELD BY U.S. MARSHAL.**

*Arresting officer's signature*

_____
*Printed name and title*

# IN THE DISTRICT COURT OF GUAM
# TERRITORY OF GUAM
# CRIMINAL MINUTES
# GENERAL

CASE NO.: MJ-24-00142　　　　　　　　　DATE: November 14, 2024

HON. FRANCES M. TYDINGCO-GATEWOOD, Chief Judge, Presiding

Law Clerk: Judith P. Hattori / Julian Burlando Salazar　　Court Reporter: Veronica Flores
Courtroom Deputy: Virginia T. Kilgore / Anna Perez　　Hearing Times: 4:20 - 4:39

**APPEARANCES:**

Defendant: Asif William Rahman　　　　　　Attorney: Leilani Lujan
☑ Present ☑ Custody ☐ Bond ☐ P.R.　　　☑ Present ☐ Retained ☑ FPD ☐ CJA

U.S. Attorney: Brett Reynolds and Shawn N. Anderson　　U.S. Agent: Keith Starr, FBI
U.S. Probation: Trina Duenas
Interpreter:　　　　　　　　　　　　　　　　Language:

**PROCEEDINGS: Initial Appearance on Petition for Writ of Removal**

- Ms. Lujan made a limited appearance for the defendant for purposes of his initial appearance and stated that she would not request reimbursement for her services.
- Defendant waived an identity hearing and consented to his transfer to the Eastern District of Virginia.
- Mr. Reynolds and USPO recommended detention. Ms. Lujan did not object to detention pending transfer to the Eastern District of Virginia.
- Writ of Removal executed by Court. Ms. Lujan's request for an expedited transfer granted.

NOTES:

| | |
|---|---|
| 0SHAWN N. ANDERSON<br>United States Attorney<br>Sirena Plaza, Suite 500<br>108 Hernan Cortez Avenue<br>Hagåtña, Guam 96910<br>PHONE: (671) 472-7332<br>FAX: (671) 472-7215 | MATTHEW G. OLSEN<br>Assistant Attorney General for National Security<br>Brett C. Reynolds<br>Trial Attorney<br>Counterintelligence and Export Control Section<br>National Security Division, U.S. Department of Justice<br>Washington, D.C. 20530<br>Brett.Reynolds@usdoj.gov<br>(202) 233-2113 (office) / (202) 704-9720 (cell) |

Attorneys for the United States of America

**FILED**
**DISTRICT COURT OF GUAM**
**NOV 14 2024**
**JEANNE G. QUINATA**
**CLERK OF COURT**

IN THE UNITED STATES DISTRICT COURT

FOR THE TERRITORY OF GUAM

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ASIF WILLIAM RAHMAN,<br><br>Defendant. | MAGISTRATE CASE NO. 24-00142<br><br>**WAIVER OF IDENTITY** |

The Defendant, ASIF WILLIAM RAHMAN, after advice of counsel, waives an identity hearing and consents to an issuance of an Order requiring his appearance in the Eastern District of Virginia where there is a warrant outstanding for his arrest.

DATE: 11/14/24

_____
ASIF WILLIAM RAHMAN
Defendant

MATTHEW G. OLSEN
Assistant Attorney General

By: _____
BRETT C. REYNOLDS
Trial Attorney
Counterintelligence and Export Control Section
National Security Division

1

SHAWN N. ANDERSON
United States Attorney
Sirena Plaza, Suite 500
108 Hernan Cortez Avenue
Hagåtña, Guam 96910
PHONE: (671) 472-7332
FAX: (671) 472-7215

MATTHEW G. OLSEN
Assistant Attorney General for National Security
Brett C. Reynolds
Trial Attorney
Counterintelligence and Export Control Section
National Security Division, U.S. Department of Justice
Washington, D.C. 20530
Brett.Reynolds@usdoj.gov
(202) 233-2113 (office) / (202) 704-9720 (cell)

Attorneys for the United States of America

IN THE DISTRICT COURT OF GUAM

| UNITED STATES OF AMERICA, | MAGISTRATE CASE NO. 24-00142 |
|---|---|
| Plaintiff, | |
| vs. | |
| ASIF WILLIAM RAHMAN, | ORDER |
| Defendant. | |

Defendant ASIF WILLIAM RAHMAN having been arrested on a Warrant of Arrest and having waived identity, ASIF WILLIAM RAHMAN, is committed to the U.S. Marshal's Service for the District of Guam for removal to the Eastern District of Virginia and there deliver him to the U.S. Marshal for the Eastern District of Virginia or to some other officer authorized to receive him.

IT IS SO ORDERED.

/s/ Frances M. Tydingco-Gatewood
    Chief Judge
Dated: Nov 14, 2024

| | |
|---|---|
| 1 | SHAWN N. ANDERSON |
| | United States Attorney |
| 2 | Sirena Plaza, Suite 500 |
| | 108 Hernan Cortez Avenue |
| 3 | Hagåtña, Guam 96910 |
| | PHONE: (671) 472-7332 |
| 4 | FAX: (671) 472-7215 |
| 5 | MATTHEW G. OLSEN |
| | Assistant Attorney General for National Security |
| 6 | Brett C. Reynolds |
| | Trial Attorney |
| 7 | Counterintelligence and Export Control Section |
| | National Security Division, U.S. Department of Justice |
| 8 | Washington, D.C. 20530 |
| | Brett.Reynolds@usdoj.gov |
| | (202) 233-2113 (office) / (202) 704-9720 (cell) |
| 9 | |
| | Attorneys for the United States of America |

IN THE DISTRICT COURT OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | MAGISTRATE CASE NO. 24-00142 |
| Plaintiff, | ) | |
| vs. | ) | **WRIT OF REMOVAL** |
| ASIF WILLIAM RAHMAN, | ) | |
| Defendant. | ) | |

TO:   U.S. MARSHAL
      District of Guam

An Indictment for Defendant, ASIF WILLIAM RAHMAN, having been filed in the United States District Court for the Eastern District of Virginia, Criminal Case No. 1:24-cr-249, charging him with two counts of Willful Retention and Transmission of National Defense Information in violation of 18 U.S.C. § 793(e) and a Warrant for Arrest having been issued for his arrest, and

Said Defendant, ASIF WILLIAM RAHMAN, having been arrested and brought to this District on a warrant of arrest issued pursuant to the above Indictment, admitted identity, and to being held to answer in the Eastern District of Virginia, Defendant, ASIF WILLIAM RAHMAN,

1  is committed to your custody pending removal to the Eastern District of Virginia;

2      You are therefore commanded to remove ASIF WILLIAM RAHMAN, forthwith to the

3  Eastern District of Virginia and there deliver him to the United States Marshal for the District or

4  to some other officer authorized to receive him.

5      IT IS SO ORDERED.



/s/ Frances M. Tydingco-Gatewood
      Chief Judge
Dated: Nov 14, 2024