AO 442 (Rev. 11/11) Arrest Warrant

11736273

RECEIVED
2024 NOV 18 A 11:48

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) |
| v. | ) |
| ASIF WILLIAM RAHMAN | ) Case No. 1:24-CR-249 |
| | ) |
| | ) |
| | ) |
| Defendant | ) |

**UNDER SEAL**

2024 NOV 08 10:07
UNITED STATES MARSHAL

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*   ASIF WILLIAM RAHMAN
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

The defendant willfully transmitted national defense information, in violation of Title 18, United States Code, Section 793(e).

Date: 11/7/24

*Issuing officer's signature*

Dani Zirk - Deputy Clerk
*Printed name and title*

City and state:   Alexandria, VA

### Return

This warrant was received on *(date)* 11/14/2024, and the person was arrested on *(date)* 11/14/2024
at *(city and state)* HAGATNA, GUAM.

Date: 11/14/2024

*Arresting officer's signature*

JUNILLE OKADA   DUSM
*Printed name and title*