IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.                          ) | No. 1:24-cr-249 |
| ) | |
| ASIF WILLIAM RAHMAN,        ) | |
| ) | |
| *Defendant*.                ) | |

### ORDER

This matter comes before the Court on the United States' Notice of Appeal and Stay Request (Dkt. 22). The United States, pursuant to 18 U.S.C. §§ 3142 and 3145(a)(1), moves to stay the December 6, 2024 Order Setting Conditions of Release (Dkt. 21) for Asif Williams Rahman pending trial.

Having reviewed the Notice of Appeal and Stay Request, the Court concludes that the expeditious relief that the Government seeks at this time is appropriate. Accordingly, for good cause shown, it is hereby

**ORDERED** that the Request to Stay is **GRANTED**; it is further

**ORDERED** that the December 6, 2024 Order Setting Conditions of Release (Dkt. 21) is **STAYED** until the Court is able to review the merits of the appeal; and it is further

**ORDERED** that the Court will set this matter to be heard on December 11, 2024, at 11:00 a.m. The Court will also advance the arraignment to December 11, 2024.

Entered this 6th day of December 2024
Alexandria, Virginia

/s/
_____
Patricia Tolliver Giles
United States District Judge