IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASIF WILLIAM RAHMAN,<br><br>            Defendant | Case No. 1:24-CR-249 (PTG) |

## UNITED STATES SUPPLEMENTAL MEMORANDUM IN AID OF MOTION FOR DETENTION

In further support of the government's motion for detention, and in advance of the detention hearing scheduled for December 11, 2024, the government hereby incorporates by reference its previous filing in support of detention, ECF No. 19, as well as its proffer and argument at the December 6, 2024 hearing before the Honorable Ivan Davis, ECF No. 24. The government also provides for further consideration of the Court two declarations appended as exhibits hereto. Those declarations are: (1) Declaration of Jay M. Moeder, National Geospatial-Intelligence Agency, and (2) Declaration of Mary C. Williams, Central Intelligence Agency.

        Respectfully submitted,

        Jessica D. Aber
        United States Attorney

By:        */s/*
        Troy A. Edwards, Jr.
        N.Y. Bar No. 5453741
        Gavin Tisdale
        Assistant United States Attorneys
        United States Attorney's Office
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3700
        Troy.edwards@usdoj.gov

        Brett Reynolds
        Trial Attorney
        National Security Division, CES

**CERTIFICATE OF SERVICE**

      I certify that on December 10, 2024, I filed the foregoing with on Pacer for service on all parties and the Court.

                                                                         */s/*
                                       Troy A. Edwards, Jr.
                                       Assistant United States Attorney