IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | No. 1:24-cr-249 |
| ) | |
| ASIF WILLIAM RAHMAN, ) | |
| ) | |
| ) | |
| *Defendant*. ) | |

## ORDER

This matter comes before the Court on the United States' Notice of Appeal and Stay Request of the December 6, 2024 Order Setting Conditions of Release. Dkt. 22. On December 6, 2024, this Court granted the United States' stay request and set a hearing on this matter. Dkt. 23. On December 11, 2024, this Court conducted a hearing. Having reviewed the matter *de novo*, the Court considered the record below, the parties' supplemental filings, the information presented at the hearing, and the factors set forth in 18 U.S.C. § 3142(g).

For the reasons stated from the bench, the Court finds that the United States has proven: (1) by clear and convincing evidence, that there is no condition or combination of conditions of release that would reasonably assure the safety of the community; and (2) by a preponderance of the evidence, that there is no condition or combination of conditions of release that would reasonably assure Defendant's appearance as required. Accordingly, it is hereby

**ORDERED** that the December 6, 2024 Order Setting Conditions of Release (Dkt. 21) is **VACATED**; and it is further

**ORDERED** that Defendant Asif William Rahman will be detained pending trial.

Entered this 11th day of December, 2024
Alexandria, Virginia

/s/
Patricia Tolliver Giles
United States District Judge