**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA**

**Alexandria Division**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **vs.** ) | Case No. 1:24-cr-00249-PTG |
| ) | |
| **ASIF WILLIAM RAHMAN,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

**NOTICE OF APPEAL**

Defendant Asif W. Rahman hereby notes his appeal pursuant to 18 U.S.C. § 3145(c) and

Federal Rule of Appellate Procedure 9(a) to the United States Court of Appeals for the Fourth

Circuit from the Order directing that Defendant Asif W. Rahman be detained pending trial (Dkt.

No. 29) entered in this Court on December 11, 2024.


Date: December 11, 2024                    Respectfully submitted,

                                           */s/ Amy Jeffress*
                                           Amy Jeffress (VA Bar No. 36060)
                                           Arnold & Porter Kaye Scholer LLP
                                           601 Massachusetts Ave. NW
                                           Washington, DC 20001
                                           Telephone: (202) 942-5968
                                           Amy.Jeffress@arnoldporter.com

                                           */s/ Deborah Curtis*
                                           Deborah Curtis (DC Bar No. 451716)
                                           *Admitted pro hac vice*
                                           Arnold & Porter Kaye Scholer LLP
                                           601 Massachusetts Ave. NW
                                           Washington, DC 20001
                                           Telephone: (202) 942-5081
                                           Deborah.Curtis@arnoldporter.com

                                           *Attorneys for Defendant*