IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

*Alexandria Division*

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 1:24-CR-249 |
| ) | |
| ASIF WILLIAM RAHMAN ) | |
| ) | |
| Defendant.  ) | |

ORDER DESIGNATING THE CLASSIFIED INFORMATION SECURITY OFFICER

This matter comes before the Court upon the government's *Motion for Appointment of the Classified Information Security Officer*.

The Court finds as follows:

1. That the United States has notified the Court that this case may involve classified information;

2. That federal law explicitly provides that federal courts must have security procedures for the handling of classified information. See Classified Information Procedures Act ("CIPA"), Pub. L. 96-456 § 9, 94 Stat. 2025 (1980) (Statutory notes to § 9);

3. That the Attorney General or the Department of Justice Security Officer has recommended to the court a person qualified to serve as a Classified Information Security Officer (or "CISO"); and

4. That the CISO is selected from the Litigation Security Group, Security and Emergency Planning Staff, Department of Justice to be detailed to the court to serve in a neutral capacity.

Therefore, pursuant to Paragraph 2 of the Revised Security Procedures Established under to Pub L. 96-456, 94 Stat. 2025, by the Chief Justice of the United States and promulgated pursuant

1

to Section 9 of the Classified Information Procedures Act, the Court hereby appoints Harry J. Rucker, Supervisory Security Specialist, as the CISO in the above-captioned matter, for the protection of classified information that may arise in the above-captioned matter.

It is further ordered that the Court appoints Jennifer H. Campbell, Daniel O. Hartenstine, Daniella M. Medel, Matthew W. Mullery, and Winfield S. "Scooter" Slade as alternate Court Security Officers in the above-captioned matter.

IT IS SO ORDERED.

Date: _____
    Alexandria, Virginia

_____
Hon. Patricia Tolliver Giles
United States District Judge