# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASIF WILLIAM RAHMAN<br><br>*Defendant*. | Case No. 1:24-cr-249 (PTG) |

## CONSENT MOTION FOR NEW SENTENCING DATE

This case is currently scheduled for sentencing on May 15, 2025, at 9:00 a.m. Counsel for the defendant, Asif W. Rahman, respectfully request that the sentencing date be rescheduled from May 15, 2025, to May 13, 2025, due to conflicts with counsel's schedule. Counsel have conferred with counsel for the government, Troy Edwards, who has no objection to this request.

Respectfully submitted,

/s/ *(signature)*
_____
Amy Jeffress (VA Bar. No. 36060)
Hecker Fink LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (202) 742-2655
ajeffress@heckerfink.com

Deborah Curtis (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5081
Deborah.Curtis@arnoldporter.com

*Attorneys for Defendant*

DATED: April 9, 2025