# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASIF WILLIAM RAHMAN<br><br>*Defendant*. | Case No. 1:24-cr-249 (PTG) |

## ORDER

Upon motion of the defendant Asif W. Rahman and for good cause shown, it is hereby

**ORDERED** that the Consent Motion for a New Sentencing Date is **GRANTED**; and it is further

**ORDERED** that the sentencing hearing be and is rescheduled to May 13, 2025, at _____ a.m. / p.m.

Entered this ____ day of April, 2025.
Alexandria, Virginia

_____
Hon. Patricia Tolliver Giles
United States District Judge