# EXHIBIT A

Asif William Rahman
Alexandria Detention Facility
Alexandria, VA

May 5, 2025

Your Honor,

I respectfully write to express my deepest remorse for my actions, and I fully accept responsibility for my conduct. I betrayed the oath I took when I joined the Central Intelligence Agency and let down those it represented: my colleagues in the Intelligence Community, the men and women of the United States military, and the American people.

There is no excuse for what I did. My crimes came at a personally trying time, but I could have and should have been able to work through those issues without committing the violations I did. Every day, I reflect on the trust I violated and the consequences of my actions. It is hard to see now how I could have seen this then, but when I committed my offenses I thought they would help protect Americans and American interests. Now, I face the harsh reality that they did the opposite, and I worry constantly that Americans-- particularly members of the military serving in the Middle East--will suffer harm as a result.

I have tried to help in every way I could, such as by cooperating early and completely with the government, and sharing everything I know to assist in harm mitigation efforts and protect our country. I have also worked to explain how and why I went so badly astray in the hope that the Intelligence Community can use this information to prevent future breaches. I have tried to be proactive in my approach to cooperation, highlighting potential areas and items of interest in addition to answering the government's questions, and am committed to continuing this approach going forward.

More than anything, I am profoundly sorry to my family. They gave me every opportunity to succeed with integrity, and I failed them. That is a difficult thing to write, and makes me recall God's devastating observation regarding Man in Book III of Paradise Lost: "[H]e had of me / All he could have; I made him just and right, / Sufficient to have stood, though free to fall." I have been so grateful for my family's continued support, but the pain I have caused them is something I will carry with me for the rest of my life.

I know that no words can undo what I have done. But I am committed to doing everything in my power to make amends, to live an honorable life, and to give back to the country that has given me so much.

Thank you for taking the time to read and consider this letter as you decide my sentence.

Respectfully,

Asif Rahman