

THE DEPUTY DIRECTOR
CENTRAL INTELLIGENCE AGENCY
WASHINGTON, D.C. 20505

1 May 2025

***<u>By Hand Delivery through the Court Information Security Officer</u>***

Hon. Patricia Tolliver Giles
District Judge
United States District Court for the Eastern District of Virginia
Albert V. Bryan United States Courthouse
401 Courthouse Square
Alexandria, VA 22314

Re: *United States v. Asif William Rahman*, No. 24-cr-00249

Judge Giles:

I am writing to provide the views of the Central Intelligence Agency (CIA) regarding the negative effect of Asif Rahman's unauthorized disclosures of classified information, including the damage his actions caused to the Agency's mission and to U.S. national security. Because certain aspects of the harm Mr. Rahman caused cannot be described in an unclassified submission, I understand the Agency has appended a classified declaration to this letter which describes the substantial harm in greater detail.

At an unclassified level, I can confirm that Mr. Rahman's unauthorized disclosures have caused serious, and in some instances exceptionally grave, damage to U.S. national security and the CIA. Mr. Rahman's reckless and unlawful actions jeopardized intelligence sources and methods, undermined U.S. intelligence-sharing partnerships, and compromised information regarding sensitive intelligence targets of interest. Mr. Rahman's unauthorized disclosures have affected the Agency's ability to collect foreign intelligence, preempt threats to the United States, and further key U.S. national security objectives.

When entering on duty, CIA officers swear an oath to support and defend the Constitution of the United States, and to faithfully discharge the duties of their offices. Mr. Rahman deliberately violated that oath and the special trust that the Agency and the U.S. Government placed in him when he disclosed classified information. His actions demonstrate a disregard for the law, for the mission of the CIA, and for U.S. national security interests and the lives of U.S. personnel and our allies.

Thank you for considering this information as you determine an appropriate sentence for the serious crimes Mr. Rahman committed against the United States. Imposing a significant sentence on Mr. Rahman would convey a clear and necessary message that unlawful leaks of classified information undermine U.S. national security and will not be tolerated.

Sincerely,

Michael J. Ellis