IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

**Alexandria Division**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASIF WILLIAM RAHMAN,<br><br>                    *Defendant*. | Case No. 1:24-cr-249 (PTG) |

## DEFENDANT'S MOTION TO PRECLUDE CONSIDERATION OF CLASSIFIED SENTENCING MATERIALS

Defendant Asif William Rahman, through counsel, hereby moves to preclude from consideration at sentencing the government's late-submitted classified sentencing materials. A memorandum in support of the Motion to Preclude and a proposed order are attached for the consideration of the Court. The government has informed counsel that it opposes this motion.

Dated: May 8, 2025

Respectfully submitted,

/s/ DAJW
_____
Amy Jeffress (VA Bar No. 36060)
Hecker Fink LLP
1050 K St. NW, Suite 1040
Washington, D.C. 20001
Telephone: (202) 742-2655
ajeffress@heckerfink.com

Deborah Curtis (admitted *pro hac vice*)
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave., NW
Washington, D.C. 20001
Telephone: (202) 942-5081
Deborah.Curtis@arnoldporter.com

*Attorneys for Defendant*

1