# IN THE UNITED STATES DISTRICT COURT FOR THE
# EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASIF WILLIAM RAHMAN,<br><br>*Defendant*. | Case No. 1:24-cr-249 (PTG) |

# ORDER

Upon consideration of Defendant's Motion to Preclude Consideration of Classified Sentencing Materials ("Motion") and for good cause shown, it is hereby

**ORDERED** that the Motion is **GRANTED**; and it is further

**ORDERED** that the government shall not be permitted to rely at sentencing on its classified sentencing materials disclosed on or after May 6, 2025.

Entered this \_\_\_\_ day of May, 2025.
Alexandria, Virginia

_____
Hon. Patricia Tolliver Giles
United States District Judge

1