IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASIF WILLIAM RAHMAN,<br><br>                Defendant | Case No. 1:24-CR-249 (PTG) |

## JOINT FILING REGARDING NEW SENTENCING HEARING DATE

On May 8, 2025, the Court cancelled the sentencing hearing in this matter scheduled for May 13, 2025. ECF 84. The Court requested the parties to meet and confer and discuss new dates for the hearing from a range of dates the Court provided, including May 19, 20, 21, 27, or 30, 2025. *Id*.

The only date that works for the parties from the Court's offered dates is May 19, 2025. Government counsel begins a trial next week in Richmond, Virginia, in *United States v. Muhammad Pahlawan, et al.* (Case No. 3:24-CR-41), that is currently scheduled to last until on or around June 13, 2025. Defense counsel have communicated they would prefer to schedule the sentencing on May 19, 2025, rather than schedule the hearing on a day later in June. The parties respectfully request the new sentencing hearing take place next Monday, May 19, 2025, if that date is still available for the Court.

                                                                                         Respectfully submitted,

                                                                                         Erik S. Siebert
                                                                                         United States Attorney

By:            /s/
                     Troy A. Edwards, Jr.
                     N.Y. Bar No. 5453741

        Assistant United States Attorney
        United States Attorney's Office
        Eastern District of Virginia
        2100 Jamieson Avenue
        Alexandria, Virginia 22314
        Tel: (703) 299-3700
        Troy.edwards@usdoj.gov

        Christopher Cook
        Trial Attorney
        National Security Division, CES

## CERTIFICATE OF SERVICE

I certify that on May 12, 2025, I filed electronically the foregoing with the Clerk of Court using the CM/ECF system, which will serve all counsel of record.

                                                /s/
                                   Troy A. Edwards, Jr.
                                   Assistant United States Attorney
                                   United States Attorney's Office for
                                   the Eastern District of Virginia