IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA | )<br>)<br>) |
| v. | ) No. 1:24-cr-249<br>) |
| ASIF WILLIAM RAHMAN, | )<br>)<br>) |
| *Defendant.* | ) |

## ORDER

This matter comes before the Court on its own initiative. On May 12, 2025, the parties indicated that they are available on May 19, 2025 for the sentencing hearing. On May 8, 2025, counsel for Defendant indicated that Mr. Rahman has not been permitted to view certain classified material which supports the Government's sentencing position. Dkt. 86 at 2-3. Since that time, the Court was advised that Defendant will be permitted to view the materials but that will not occur before May 19, 2025. In order to allow adequate time for that review to take place and for the parties to adequately prepare for sentencing, the Court will select a new date for the sentencing hearing. Accordingly, it is hereby

**ORDERED** that the parties are **DIRECTED** to meet and confer to determine additional dates that the parties will be available. The parties are advised that the Court is unavailable June 23, 2025, through June 27, 2025.

/s/
Patricia Tolliver Giles
United States District Judge

Entered this 15th day of May, 2025.
Alexandria, Virginia