## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF VIRGINIA

### Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>ASIF WILLIAM RAHMAN,<br><br>*Defendant*. | Case No. 1:24-cr-249 (PTG) |

### JOINT FILING REGARDING NEW SENTENCING HEARING DATE

On May 8, 2025, the Court cancelled the sentencing hearing in this matter, originally scheduled for May 13, 2025. ECF No. 84. On May 12, 2025, the parties indicated that they were available for a sentencing hearing on May 19, 2025. ECF No. 87. On May 15, 2025, the Court ordered the parties to meet and confer to determine additional dates that the parties will be available after May 19, 2025. ECF No. 90.

The next available date for both parties is Wednesday, June 11, 2025. Government counsel is in a trial in Richmond, Virginia, that is expected to conclude before June 11, 2025. If the trial extends beyond June 11, 2025, the parties intend to confer and file a joint motion to continue the sentencing hearing to a date in July 2025. At this time, however, the parties would prefer to schedule the sentencing on June 11, 2025, rather than on a day later in July.

Accordingly, the parties respectfully request that the sentencing hearing take place on Wednesday, June 11, 2025, if that date is still available for the Court.

Respectfully submitted,

Asif William Rahman

Date:  May 28, 2025            By:  _____
                                Amy Jeffress (VA Bar No. 36060)
                                Hecker Fink LLP
                                1050 K St. NW, Suite 1040
                                Washington, D.C. 20001
                                Telephone: (202) 742-2655
                                ajeffress@heckerfink.com

                            By:  _____
                                Deborah Curtis (admitted *pro hac vice*)
                                Arnold & Porter Kaye Scholer LLP
                                601 Massachusetts Ave., NW
                                Washington, D.C. 20001
                                Telephone: (202) 942-5081
                                Deborah.Curtis@arnoldporter.com

                                *Attorneys for Defendant*

2